Robert Sibilia, Esq.
Oceanside Law Center APC
P.O. Box 861
Oceanside, CA  92049
T: (760) 666-1151
F: (818) 698-0300

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON KIM, on behalf of himself and all others similarly situated, | Case No.: 3:23-cv-6633 |
| Plaintiff | **The Hon. Charles R. Breyer** |
| vs. | **NOTICE OF SETTLEMENT** |
| VF OUTDOOR, LLC, | |
| Defendant | |
| | Complaint Filed:  12/27/2023 |

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED: May 31, 2024                    OCEANSIDE LAW CENTER

By:    */s/Robert Sibilia*
        Robert Sibilia
        Attorneys for Plaintiff
        Son Kim