Robert Sibilia, Esq.
Oceanside Law Center APC
P.O. Box 861
Oceanside, CA  92049
T: (760) 666-1151
F: (818) 698-0300

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON KIM, individually and on behalf of all others similarly situated, <br> Plaintiff, <br><br> Against <br><br> VF Outdoor, LLC <br> Defendant, | Case No.: 3:23-cv-6633 <br><br> **The Hon. Charles R. Breyer** <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO ALL DEFENDANTS** <br><br> Complaint Filed:  12/27/2023 |

The Parties have resolved their differences, by and through their respective counsels of record, that the above-captioned action, including the parties and claims alleged therein have resolved their differences and Plaintiff hereby agrees to voluntary dismissal with prejudice of Plaintiff's claims against the Defendants in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

DATED: September 27, 2024                    OCEANSIDE LAW CENTER

                                                    By:    */s/Robert Sibilia*
                                                            Robert Sibilia
                                                            Attorneys for Plaintiff
                                                            Son Kim